ALICE D. RIGDON et al., as Administrators, etc., Respondents, *v.* THE ALLEGANY LUMBER COMPANY (Limited), Appellant.

(Argued March 9, 1892; decided March 25, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 16, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*C. S. Cary* for appellant.

*J. R. Jewell* for respondents.

Agree to affirm ; no opinion.
All concur, except FINCH and MAYNARD, JJ., dissenting.
Judgment affirmed.

---

JOHN MCDERMOTT, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued March 11, 1892; decided March 25, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 9, 1891, which reversed an order setting aside a verdict in favor of plaintiff and dismissing the complaint, and ordered judgment in favor of plaintiff upon the verdict.

*Charles J. Patterson* for appellant.

*Samuel E. Morris* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.